

# Court of Appeals
## Sixth Appellate District of Texas

J U D G M E N T

| | |
|---|---|
| Israel Rodriguez, Appellant | Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 40,818-A). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating. |
| No. 06-12-00063-CR          v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Israel Rodriguez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 6, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk